SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Kobra Properties, et al,<br><br><br>Defendants | Case No.: CIV.S 09-cv-01883-MCE-KJM<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF KOBRA PROPERTIES; ORDER**<br><br>Complaint Filed: JULY 10, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Kobra Properties) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is TO remain open with regard to the remaining Defendant.

///
///
///
///

1

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-09-01883-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

1  Defendant (Kobra Properties) is dismissed because this Defendant has filed for bankruptcy.

2

3  Dated: August 31, 2009                     /s/Scott N. Johnson
                                              SCOTT N. JOHNSON
4                                             Attorney for Plaintiff

5

6  **IT IS SO ORDERED**.

7  DATED: September 14, 2009

8                                             _____
9                                             MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com