SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No.: CIV.S 09-cv-01883-MCE-KJM |
| Plaintiff, | **STIPULATED DISMISSAL AND ORDER** |
| vs. | |
| Kobra Properties, et al | Complaint Filed:  JULY 10, 2009 |
| Defendants | |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

Dated:  March 5, 2010

DISABLED ACCESS PREVENTS INJURY, INC.

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff

///

///

///

1
STIPULATED DISMISSAL AND ORDER  CIV: S-09-cv-01883-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| Dated:  March 5, 2010 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br><br>/s/Ronald J. Scholar<br>RONALD J. SCHOLAR<br>Attorney for Defendants |

**IT IS SO ORDERED**.  The Clerk of Court is hereby directed to close the file.

Dated:  March 9, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2
STIPULATED DISMISSAL AND ORDER  CIV: S-09-cv-01883-MCE-KJM

PDF created with pdfFactory trial version www.pdffactory.com